IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FELLOWSHIP FILTERING TECHNOLOGIES, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION**<br><br>*Defendant.* | Civil Action No. 2:15-cv-896<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration, the Notice of Voluntary Dismissal With Prejudice (Dkt. No. 9) of all claims asserted by Plaintiff, Fellowship Filtering Technologies, LLC ("Fellowship Filtering" or Plaintiff") against Defendant, International Business Machines Corporation, in this case. The Court being of the opinion that said Notice of Voluntary Dismissal should be ENTERED, it is hereby ORDERED ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant, International Business Machines Corporation, are hereby dismissed with prejudice.

It is further ORDERED that all attorney's fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 28th day of August, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE